AUSA CARMEN LINEBERGER

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.

NOV 25 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 15-158-DLB |
| MARTIN JAY VAN DEURZEN | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 16, 2015__ in the county of __HIGHLANDS__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of visual depictions of sexual exploitation of minors |

This criminal complaint is based on these facts:

~SEE ATTACHED AFFIDAVIT~

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brian K. Broughton, Task Force Officer, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-25-2015

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF BRIAN BROUGHTON
## TASK FORCE OFFICER
## DEPARTMENT OF HOMELAND SECURITY

I, Brian Broughton, a Task Force Officer with the Department of Homeland Security and Detective with the Martin County Sheriff's Office, being duly sworn, depose and state as follows:

1. I am a task force officer (TFO) with the Department of Homeland Security (DHS). I am also employed by the Martin County Sheriff's Office (MCSO) and assigned to the Special Victims Unit, which is responsible for investigating sex related crimes and child exploitation. I have been a sworn law enforcement officer in the State of Florida since March 15, 1992.

2. I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes, including FBI Round-up Peer-To-Peer (P2P) Investigations, Round-up EMule Investigations, GigaTribe Investigations, Round-up ARES Investigations, Basic Sex Crimes Investigations, and Sexual Deviant Behavior. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor, including investigations of individuals suspected of violating federal child pornography laws under 18 U.S.C. §§ 2251, 2252, 2252A, 2422 and 2423. I have completed the Treasury Computer Forensic Training Program's Basic and Advanced Computer Evidence Recovery Training Courses. I have also written search warrants and participated in the execution of

1

search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3.  I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children.  I have received specialized training in the area of child pornography and child exploitation.  I have completed the Treasury Computer Forensic Training Program's Basic and Advanced Computer Evidence Recovery courses and I am currently assigned as a computer forensic examiner. I have observed and reviewed examples, and assisted in numerous child pornography and child exploitation investigations, which have involved reviewing examples of evidence in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4.  I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein, **MARTIN JAY VAN DEURZEN (hereinafter referred to as VAN DEURZEN).** I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein.  Although familiar with the facts and

2

circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that **VAN DEURZEN** has violated of Title 18, United States Code, Section 2252(a)(2), which makes it a crime to distribute the visual depictions of sexual exploitation of minors.

## THE INVESTIGATION

5. On March 6, 2015, S/A McCall, using a computer connected to the Internet, utilized a publicly available P2P file sharing program from Wilmington, Delaware. S/A McCall observed that an individual using the name m56555vd1 was logged onto the P2P network.

6. S/A McCall observed numerous image files depicting child pornography in m56555vd1's shared folders, named "b-pix", "teen", "toons", and "yb.". S/A McCall selected 50 image files of child pornography and began to download these files directly from m56555vd1's computer on March 6, 2015 at approximately 1:07 P.M. During the download of these files, S/A McCall identified the IP address of m56555vd1's computer, which was 71.3.225.173.

7. S/A McCall downloaded 50 image files from m56555vd1's computer. Most of the files depicted child pornography. An example of one of the 50 image files is briefly described below:

a. "0013-1286711834741.jpg – This image file depicts a prepubescent male child who appears to be lying on a bed with a

3

blue bed spread. In the image the pre-pubescent male child's genitalia is clearly exposed.

8. A query of the American Registry for Internet Numbers ("ARIN") online database revealed that IP address 71.3.225.173 was registered to the Internet Service Provider Century Link. Results from an administrative subpoena sent to Century Link, on March 9, 2015, for the date and time the files were downloaded, revealed that at that day and time the IP address was assigned to the account registered to "**VANDEURZEN**" and that the account service began on November 15, 2013 and that the account status was currently active. The service address was listed as 1747 Pinedale Terrace, Lake Placid, Florida 33852. Due to the location of the Target, S/A McCall sent his investigative report to the HSI office located in Fort Pierce, Florida, for follow-up.

9. On November 16, 2015, I was using a computer connected to the Internet, utilizing a publicly available P2P file sharing program from Stuart, Florida. I observed that the individual using the name m56555vd1 was logged onto the P2P network.

10. I observed numerous image files depicting child pornography in m56555vd1's shared folders, named "TB", "unsorted", "xxx", and "yb." and "yg". I selected several image files of suspected child pornography and began to download these files directly from m56555vd1's computer on November 16, 2015, at approximately 5:56 p.m. During the download of these files, I

4

identified the IP address of m56555vd1's computer, which was 71.3.239.17.

11. I downloaded 8 image files shared publicly by m56555vd1's computer. Most of the files depicted child pornography or child erotica. An example of two of the downloaded image files is briefly described below:

    a. "jeferson13y-4.jpg" - This image file depicts a young nude teen male child who appears to be under 18 years of age, standing outside with an erection.

    b. " m99_Jessi-And-Dari-027" - This image file depicts a young nude teen female child lying on her back. The child is observed pinching her nipples as the camera focuses on the child's vagina.

12. A query of the American Registry for Internet Numbers ("ARIN") online database revealed that IP address 71.3.239.17 was also registered to the Internet Service Provider Century Link. Results from a subpoena sent to Century Link on November 17, 2015, for the date and time the files were downloaded, revealed that at that day and time the IP address was also assigned to the account registered to **VAN DEURZEN** and that the account service began on November 15, 2013 and that the account status was currently active. The service address was listed as 1747 Pinedale Terrace, Lake Placid, Florida 33852

13. I have searched various records indices for information regarding **VAN DEURZEN** and the address 1747 Pinedale Terrace, Lake Placid, Florida 33852.

5

    a.    The Property Appraiser 's Office of Highlands County indicated that GEORGIA A. TRUAX and **MARTIN VAN DEURZEN** own the residence listed as 1747 Pinedale Terrace, Lake Placid, Florida 33852.

    b.    Florida Driver and Vehicle Information Database (DAVID) system indicated that Department of Motor Vehicle records indicate that **VAN DEURZEN** listed the address of 1747 Pinedale Terrace Lake Placid, Florida 33852 on his Florida driver's license.

14. On November 5, 2015, I conducted a physical surveillance of 1747 Pinedale Terrace, Lake Placid, Florida 33852 and observed two vehicles parked in the driveway. A green 2011 Ford pickup truck, bearing the Florida license plate CQEJ02, was registered to **VAN DEURZEN**. A black BMW vehicle, bearing Florida license plate 6897PB, was registered to GEORGIA ANN TRUAX.

15. On November 23, 2015, Chief Magistrate Frank J. Lynch approved and issued a federal search warrant for the residence located at 1747 Pinedale Terrace, Lake Placid, Florida 33852.

16. On November 24, 2015, HSI agents and I executed the federal search warrant at 1747 Pinedale Terrace, Lake Placid, Florida 33852. Present during the search were the sole occupants, **VAN DEURZEN** and his wife, GEORGIA A. TRUAX.

17. **VAN DEURZEN** identified a Dell laptop in the living room area as his. This computer was on and actively running a peer to peer file sharing application, with the user name m56555vd1. This computer was actively in the process of sharing child pornography.

18. HSI S/A Brian Ray performed a forensic preview of the Dell laptop, and found hundreds of pictures and videos depicting

6

minors engaged in sexually explicit conduct. Connected to this laptop was an external hard drive, which contained additional **tens of thousands** of pictures and videos depicting minors, engaged in sexually explicit conduct.

19. A second Dell laptop computer was discovered in the garage of the residence. This computer was also identified as being used solely by **VAN DEURZEN.** I performed a forensic preview of this computer, and found it to contain thousands of images and videos depicting minors, engaged in sexually explicit conduct. These were all in the peer to peer file sharing folder of user m56555vd1.

20. Based on the foregoing facts, I believe there is probable cause to charge **MARTIN VAN DEURZEN** with the violation of Title 18, United States Code, Section 2252(a)(2), which makes it a crime to distribute the visual depictions of sexual exploitation of minors.

Further, your affiant sayeth naught.

Brian Broughton
Task Force Officer, HSI
Department of Homeland Security
Martin County Sheriff's Office

Sworn and subscribed to before me this 25th day of November 2015, in West Palm Beach, Florida.

DAVE LEE BRANNON
United States Magistrate Judge

7